IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIGNESH JARIWALA,<br><br>    Petitioner,<br><br>  v.<br><br>ERIC HOLDER, ET AL.,<br><br>    Respondents.<br>_____/ | No. C 12-02289 CRB<br><br>**ORDER TO SHOW CAUSE** |

Petitioner JIGNESH JARIWALA has filed a Complaint seeking declaratory and injunctive relief that also purports to be a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The Court has reviewed Petitioner's filing, and hereby ORDERS that the government show cause why the relief prayed for should not be granted, and/or why jurisdiction is improper in this Court. The government's brief shall be filed by **June 25, 2012**. Petitioner shall have 45 days from the issuance of this Order to file a response with the Court.

**IT IS SO ORDERED.**

Dated: June 5, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2289\osc.wpd