IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIGNESH JARIWALA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ERIC HOLDER, ET AL.,<br><br>　　　　Respondents.　　　　　　／ | No. C 12-02289 CRB<br><br>**ORDER TO SHOW CAUSE** |

Petitioner JIGNESH JARIWALA has filed a Complaint seeking declaratory and injunctive relief that also purports to be a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The Court has reviewed Petitioner's filing, and hereby ORDERS that the government show cause why the relief prayed for should not be granted, and/or why jurisdiction is improper in this Court. The government's brief shall be filed by **July 18, 2012**.[1] Petitioner shall have 45 days from the issuance of this Order to file a response with the Court.

**IT IS SO ORDERED.**

Dated: June 28, 2012

　　　　　　　　　　　　　　　　　　　　CHARLES  R. BREYER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The Court issued an earlier Order to Show Cause, on June 5, 2012, see dkt. 4, but the docket reflects that it was never served. The earlier Order is therefore moot and this Order takes its place.

G:\CRBALL\2012\2289\osc.wpd