STUART F. DELERY
Assistant Attorney General
Civil Division
DAVID J. KLINE
Director
JESI J. CARLSON
Senior Litigation Counsel
HANS H. CHEN
Trial Attorney
United States Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
 P.O. Box 868, Ben Franklin Station
 Washington, DC 20044
 Telephone: (202) 307-4469
 Facsimile: (202) 305-7000
 Email: hans.h.chen@usdoj.gov

ATTORNEYS FOR RESPONDENTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIGNESH JARIWALA, | No. CV 12-02289 CRB |
| Petitioner, | |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING RESPONDENTS' TIME TO RESPOND** |
| ERIC H. HOLDER, JR., ET AL., | |
| Respondents. | |

Pursuant to Local Rules 6-2 and 7-12, Petitioner Jignesh Jariwala ("Jariwala") and Respondents Eric H. Holder, Jr., et al., ("Respondents," and with Jariwala, the "Parties") stipulate to extend Respondents' time to respond to Jariwala's Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief ("Complaint"), from July 18, 2012, until and including 30 days following Jariwala's filing of an amended complaint in this action. The Parties have not previously sought any extensions of time in this action.

Jariwala filed his Complaint on May 8, 2012. On June 28, 2012, the Court entered an order directing Respondents to show cause by July 18, 2012, why the

1. relief sought in the Complaint should not be granted. (Order to Show Cause, ECF
2. No. 5.)
3.     Jariwala is no longer being detained by Respondents, as he was physically
4. removed from the United States on May 7, 2012, pursuant to a final order of
5. removal. Following his removal, Jariwala's attorneys have informed Respondents
6. that he intends to file an amended complaint within the next several days.
7.     Thus, for the purposes of efficiency and the minimization of unnecessary
8. resources by Respondents, the Parties request that the Court extend Respondents'
9. time to respond in this action until 30 days following Jariwala's filing of an
10. amended complaint in this action. This extension, if granted, would have no effect
11. on the schedule or any other deadlines in this case.

| | |
|---|---|
| Dated: July 16, 2012 | Respectfully submitted, |
| SAAD AHMAD & ASSOCIATES | STUART F. DELERY<br>Acting Assistant Attorney General<br>Civil Division |
| /s/ Robert Louis Volz<br>ROBERT LOUIS VOLZ<br>39111 Paseo Padre Parkway<br>Suite 217<br>Fremont, California 94538<br>Telephone: (510) 713-9847<br>Facsimile: (510) 713-9850<br>Email: volzr@hotmail.com | DAVID J. KLINE<br>Director, Office of Immigration<br>Litigation<br>District Court Section |
| | JESI J. CARLSON<br>Senior Litigation Counsel |
| ATTORNEYS FOR PETITIONER | /s/ Hans H. Chen<br>HANS H. CHEN<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 307-4469<br>Facsimile: (202) 305-7000<br>Email: hans.h.chen@usdoj.gov |
| | ATTORNEYS FOR RESPONDENTS |

**[Proposed] ORDER**

Pursuant to the foregoing Stipulation, it is ordered that Respondents' time to respond in this action is extended until 30 days following Petitioner's filing of an amended complaint in this action.

DATED: __July 18, 2012__

HON. CHARLES R. BREYER
United States District Judge

