Robert Volz (CA Bar No: 209704)
SAAD AHMAD & ASSOCIATES
39111 Paseo Padre Parkway, Suite 217
Fremont, CA 94538
Telephone: (510) 713-9847
Fax: (510) 713-9850

Attorneys for Plaintiff: Jingesh Jariwala

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO, CALIFORNIA**

| | |
|---|---|
| Jingesh Jariwala,<br><br>    Plaintiff,<br><br>v.<br><br>Eric Holder, United States Attorney General; et al,<br><br>    Defendants. | Case No. 3:12-cv-02289-CRB<br><br>PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff moves for voluntary dismissal of this action before the Honorable Court.

August 14, 2012.                                                              /s/ Robert Volz
                                                                              Robert Volz, Esq.

**ORDER**

It is hereby ordered that this case be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure.

DATE this  23rd  day of  Aug. , 2012.

_____
Honorable Charles R. Breyer
U.S. District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer